FORM 1

NOTICE OF APPEAL

 ORIGINAL

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Adele Sammarco
vs.
New York 1

NOTICE OF APPEAL
02-CV-06239
Docket No.

Notice is hereby given that __Adele Sammarco__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it)

entered in this action on the 27 day of April, 2010.

Adele Sammarco
Signature

Adele Sammarco
Printed Name

6 Mohawk Drive
Address

Matawan, N.J. 07747

(732) 970-5645
Telephone No. (with area code)

RECEIVED MAY 27 2010 PRO SE OFFICE

Date: 5/27/10