&%RP&%D1&%RPCourt Name: Eastern District of New York
Division: 1
Receipt Number: 4653018148
Cashier ID: ajackson
Transaction Date: 08/04/2010
Payer Name: ADELE A. SAMMARCO

NOTICE OF APPEAL/DOCKETING FEE
 For: ADELE A. SAMMARCO
 Case/Party: D-NYE-1-02-CV-006239-000
 Amount:         $455.00

CHECK
 Check/Money Order Num: 2195
 Amt Tendered: $455.00

Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00